KATHLEEN A. McCORMAC (#159012)
VALERIE R. PERDUE (#278322)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel:  (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com
vperdue@mccormaclaw.com

Attorneys for Plaintiff
TERESA VALDEZ

NANCY E. PRITIKIN (#102392)
NIMA RAHIMI (#295173)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Tel: (415) 433-1940
Fax: (415) 399.8490
nepritikin@littler.com
nrahimi@littler.com

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VALDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES and DOES 1 TO 10, inclusive,<br><br>  Defendant(s). | Case No. 14-CV-01657-VC<br><br>**STIPULATED SCHEDULING  PLAN AND [PROPOSED] ORDER AS MODIFIED**<br><br>**The Hon. Vince Chhabria** |

Plaintiff TERESA VALDEZ ("Plaintiff") and Defendant UNITED AIRLINES, INC. ("Defendant") jointly request that the Court delay setting dates under this Scheduling Plan until after the parties have completed private mediation, which is scheduled for September 4, 2014. However, to the extent the Court wishes to set dates before the scheduled mediation, the parties

1  jointly submit this Scheduling Plan and [Proposed] Order:

2  • Deadline to complete private mediation: October 31, 2014

3  • Discovery cutoff: March 2, 2015

4  • Hearing of dispositive motions: May 7, 2015

5  • Designation of experts: May 15, 2015

6  • Expert Discovery cutoff: June 15, 2015

7  • Pretrial conference: July 14, 2015, at 1:00 p.m.

8  • Trial: July 27, 2015, at 8:30 a.m.

11 DATED: July 29, 2014        McCORMAC & ASSOCIATES

12                             By:    */s/ Valerie R. Perdue*
13                                  KATHLEEN A. McCORMAC
                                    VALERIE R. PERDUE
14                                  Attorneys for Plaintiff
                                    TERESA VALDEZ
15

16 DATED: July 29, 2014        LITTLER MENDELSON, P.C.

17                             By:    */s/ Nancy E. Pritikin*
18                                  NANCY E. PRITIKIN
                                    NIMA RAHIMI
19                                  Attorneys for Defendant
                                    UNITED AIRLINES, INC.
20

-2-   Case No. 14-CV-01657-VC
**STIPULATED SCHEDULING PLAN AND [PROPOSED] ORDER**

**SCHEDULING ORDER**

~~The parties shall have 60 days following the conclusion of the private mediation to submit a joint Scheduling Plan and [Proposed] Order.  In the alternative,~~  The above Scheduling Plan and this [Proposed] Order is approved as the Scheduling Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: July 31, 2014

_____
Hon. Vince Chhabria
United States District Court Judge