KATHLEEN A. McCORMAC (#159012)
VALERIE R. PERDUE (#278322)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel:  (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com
vperdue@mccormaclaw.com

Attorneys for Plaintiff
TERESA VALDEZ

NANCY E. PRITIKIN (#102392)
NIMA RAHIMI (#295173)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Tel: (415) 433-1940
Fax: (415) 399.8490
nepritikin@littler.com
nrahimi@littler.com

Attorneys for Defendant
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VALDEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES and DOES 1 TO 10, inclusive,<br><br>         Defendant(s). | Case No. 14-CV-01657-VC<br><br>[~~PROPOSED~~] ORDER ON NOTICE OF DISMISSAL<br><br><br>**The Hon. Vince Chhabria** |

-1-                                                   Case No. 14-CV-01657-VC
**[PROPOSED] ORDER ON NOTICE OF DISMISSAL**

1  Upon consideration of the parties' Stipulated Notice of Dismissal With Prejudice and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby ordered that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 4, 2014

_____
Hon. Vince Chhabria
United States District Court Judge

Firmwide:129879247.1 052664.1110

-2-  Case No. 14-CV-01657-VC
**[PROPOSED] ORDER ON NOTICE OF DISMISSAL**